# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
-----------------------------------------------X
BARRETT FINANCIAL OF NORTH              Case No.: 3:13-cv-05621-AET-TJB
JERSEY LLC,
                      Plaintiff,
            v.

CREATIVE FINANCIAL GROUP OF
NEW JERSEY,
                      Defendant.
-----------------------------------------------X
BARRETT FINANCIAL OF NORTH
JERSEY LLC and EDWARD P.
BARRETT,
             Plaintiffs-Counterclaim     Case No.: 3:14-cv-3316-AET-TJB
                      Defendants,
            v.

NEW ENGLAND LIFE INSURANCE
COMPANY,

       Defendant-Counterclaim Plaintiff.
-----------------------------------------------X
```

**STIPULATION OF VOLUNTARY DISCONTINUANCE WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Edward Barrett and Barrett Financial of North Jersey LLC, and Defendants New England Life Insurance Company and Creative Financial Group of New Jersey, through their undersigned counsel, that all claims alleged as against all parties in the above-captioned cases are <u>dismissed with prejudice</u>, with each party to bear its own fees and costs.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that all parties voluntarily agree to withdraw their respective Notices of Appeal previously filed in the Third Circuit, Case Nos. 19-1580, 19-1581 and 19-1689.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated:  June 11, 2020                                                         Dated:  June 11, 2020

  */s/ Kevin Mann*                                                                  */s/ Joseph C. O'Keefe*
Richard Cross, Esq.                                                         Joseph C. O'Keefe, Esq.
Kevin Mann, Esq.                                                            Edna D. Guerrasio, Esq.
CROSS & SIMON, LLC                                                  PROSKAUER ROSE
*Attorneys for Edward Barrett*                                      *Attorneys for NELICO*
1105 N. Market St. Suite 901                                         11 Times Square
Wilmington, Delaware 19801                                         New York, NY 10036
rcross@crosslaw.com                                                     jokeefe@proskauer.com
kmann@crosslaw.com                                                   eguerrasio@proskauer.com